```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al. <br><br> Plaintiff, <br><br> vs. <br><br> COMFORT HEATING & A/C, etc. <br><br> Defendant. | NO. C 06 2154 JSW <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for August 4, 2006 be continued to ~~November 3~~ December 8, 2006 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 1, 2006

_____
Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1