United States District Court

For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BOARD OF TRUSTEES OF THE SHEET
    METAL WORKERS HEALTH CARE PLAN
10  OF NORTHERN CALIFORNIA, SHEET                   No. C 06-02154 JSW
    METAL WORKERS PENSION TRUST OF
11  NORTHERN CALIFORNIA, SHEET METAL
    WORKERS LOCAL 104 VACATION,
12  HOLIDAY SAVINGS PLAN, ANTHONY                   **ORDER RE STIPULATED**
    ASHER, TRUSTEE,                                 **AMENDED JUDGMENT**

13
              Plaintiffs,
14

15     v.

16  COMFORT HEATING & A/C, a California
    Corporation, also known as COMFORT
17  HEATING & AIR CONDITIONING, INC.,

18            Defendant.
    _____/
19

20          On December 5, 2006, the parties submitted a stipulated judgment.  Defendant Comfort

21  Heating & A/C, a California Corporation, also known as Comfort Heating & Air Conditioning,

22  Inc. is not represented by counsel.  The president of the defendant corporation, Anthony A.

23  Mello, signed the stipulation on its behalf.  However, corporations may appear in the federal

24  courts only through licensed counsel.  *See Rowland v. California Men's Colony, Unit II Men's*

25  *Advisory Council*, 506 U.S. 194, 202 (1993); *see also* Civ. L.R. 3-9 ("A corporation,

26  unincorporated association, partnership or other such entity may appear only through a member

27  of the bar of this Court.").  Therefore, the Court cannot accept the stipulation.

28

1    The Court HEREBY CONTINUES the Case Management Conference to February 16,

2  2007 at 1:30 p.m.

3    **IT IS SO ORDERED.**

4

5  Dated: December 6, 2006

6                                                                      JEFFREY S. WHITE
                                                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

**United States District Court**

For the Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28